1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Jorge Sepulveda-Uribe

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 08MJ0957 |
| 12           Plaintiff, | |
| 13  v. | **CERTIFICATE OF SERVICE** |
| 14  JORGE SEPULVEDA-URIBE, | |
| 15           Defendant. | |

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                      U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov

21                      Respectfully submitted,

23  DATED:    April 3, 2008          /s/ Erica K. Zunkel
                                     **ERICA K. ZUNKEL**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Jorge Sepulveda-Uribe